# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CAROLYN ANDERSON** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case. No. 20-CV-01126-DDC-JPO |
| ) | |
| **FORT HAYS STATE UNIVERSITY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to D. Kan. Rule 6.1(a), Defendant Fort Hays State University (FHSU) respectfully moves this Court for an order granting it an additional seven (7) days within which to file its reply brief in support of its Motion to Dismiss. In support of this motion, defendant states:

1. Plaintiff filed her compliant initiating this action on May 14, 2020. (Doc. 1)

2. Defendant filed a Motion to Dismiss on June 22, 2020. (Doc. 8)

3. Defendant's Reply is currently due July 27, 2020. Therefore, this request for an extension is timely.

4. Defendant seeks an extension of seven (7) days. This extension will make defendant's reply brief due on or before August 3, 2020.

5. Plaintiff's counsel has been consulted and does not object to the requested extension.

6. There have been no prior extensions of time granted with respect to this deadline.

7. The requested extension will not delay these proceedings or prejudice any party and is needed by counsel due to a recent unexpected change in caseload/scheduling.

WHEREFORE, Defendant FHSU respectfully moves this Court for an order granting it an additional seven (7) days within which to file a reply brief in support of its Motion to Dismiss.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

*s/ Carrie A. Barney*
Carrie A. Barney, KS #22872
Stanley R. Parker, KS #10971
Assistant Attorneys General/Trial Counsel
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas, 66612-1597
Phone: (785) 368-6695
       (785) 368-8423
Fax:   (785) 291-3767
Email:  carrie.barney@ag.ks.gov
       stanley.parker@ag.ks.gov
*Attorneys for Defendant FHSU*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July, 2020, I electronically filed the foregoing with the Court using the CM/ECF system, and a notice of electronic filing was sent via the CM/ECF system to all counsel of record.

*s/ Carrie A. Barney*
Carrie A. Barney